■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY GREEN, Appellant. [614 NYS2d 925] —Appeal by the defendant from a judgment of the County Court, Dutchess County (King, J.), rendered November 1, 1991, convicting him of criminal sale of a controlled substance in the third degree (three counts) and criminal possession of a controlled substance in the third degree (three counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The People were not required to serve the defendant with a notice pursuant to CPL 710.30. Neither Investigator Joseph nor Trooper Hilts had participated in a pretrial identification procedure within the meaning of that statute (see, *People v Rodriguez*, 79 NY2d 445, 450; *People v Gissendanner*, 48 NY2d 543, 552; *People v McClane*, 149 AD2d 536; *People v Crespo*, 111 AD2d 251).

The defendant's sentence was not excessive and should not be disturbed (see, *People v Suitte*, 90 AD2d 80).

We have examined the defendant's remaining contentions and find them to be without merit. Thompson, J. P., Rosenblatt, Miller and Ritter, JJ., concur.